IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. BRADLEY MAULE, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 08-3357 |
| PHILADELPHIA MEDIA HOLDINGS, LLC, GYRO ADVERTISING, INC., and STEVEN GRASSE, | |
| Defendants. | |
| GYRO ADVERTISING, INC. and STEVEN GRASSE, | |
| Third-Party Plaintiffs, | |
| v. | |
| SHANNON ASSOCIATES | |
| Third-Party Defendant. | |

FILED

MAR 15 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 15th day of March, 2010, upon consideration of Third-Party Plaintiffs Gyro Advertising, Inc. and Steven Grasse's Motion for Summary Judgment (Doc. No. 51) and Third-Party Defendant Shannon Associates' Motion for Summary Judgment (Doc. No. 52), and the Responses and Replies thereto, it is hereby **ORDERED** that Third-Party Plaintiffs' Motion is **GRANTED** and Third Party Defendant's Motion is **DENIED**.

It is **FURTHER ORDERED** that Third-Party Plaintiffs shall provide detailed billing

records reflecting the costs and fees associated with their involvement in both the first-party and third-party litigation, as well as any necessary briefing to support the amount of costs and fees, within (30) days of the date of this Order.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE

CERTIFIED

CLERK OF COURT