IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
R. BRADLEY MAULE, : CIVIL ACTION
:
                Plaintiff, :
:
v. : No. 08-3357
:
PHILADELPHIA MEDIA :
HOLDINGS, LLC, GYRO :
ADVERTISING, INC., and :
STEVEN GRASSE, :
:
                Defendants. :
_____:
:
:
GYRO ADVERTISING, INC. and :
STEVEN GRASSE, :
:
                Third-Party Plaintiffs, :
:
v. :
:
SHANNON ASSOCIATES, :
:
                Third-Party Defendant. :
_____:

**ORDER**

     **AND NOW**, this 1st day of October, 2010, upon consideration of Third-Party Plaintiffs Gyro Advertising, Inc. and Steven Grasse's Petition for Attorneys' Fees and Costs (Doc. No. 61), and the Responses, Replies, and Supplemental Memoranda thereto, it is hereby **ORDERED** that Third-Party Plaintiffs' Petition is **GRANTED IN PART** and **DENIED IN PART**. It is **ORDERED** that Third-Party Defendant Shannon Associates shall reimburse the Third-Party Plaintiffs the following amounts: 1) $186,025.42 in attorneys' fees and costs related

to the First-Party and Third-Party Litigation; 2) $12,472.74 in fees and costs incurred in regard to the instant Petition; and 3) $15,000 paid to effectuate the settlement of the First-Party Litigation.

It is **FURTHER ORDERED** that Shannon Associates shall pay this total amount of $213,498.16 within thirty (30) days of the date of this Order.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE